United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 5, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-60765
Summary Calendar
_____

DONALD GARNER

      Plaintiff - Appellant

  v.

ASHLEY FURNITURE INDUSTRIES INC

      Defendant - Appellee

_____

Appeal from the United States District Court
for the Northern District of Mississippi, Aberdeen
No. 1:03-CV-71-D-D

_____

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before JONES, Chief Judge, and KING and DENNIS, Circuit Judges.

PER CURIAM:[*]

On June 30, 3006, the Supreme Court vacated the judgment of this court in this case and remanded the case to this court for further consideration in light of Burlington N. & S.F.R.Co. v. White, 548 U.S. ___ (2006). Upon reconsideration, we vacate the judgment of the district court and remand for reconsideration in the light of Burlington. VACATED and REMANDED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

- 1 -